# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE: )
)
MARLIN W. AND CARLA S. ALLEN, )      CASE No. 14-10001 – Chapter 11
)
_____DEBTORS_____)

## DEBTORS MOTION AND NOTICE SEEKING AUTHORITY FOR SALE OF ASSETS FREE AND CLEAR OF LIENS AND CLAIMS IN INTEREST, PURSUANT TO 11 USC §363(f)

Notice is hereby given that Marlin W. Allen and Carla S. Allen, hereinafter referred to as "Debtors" are seeking authority for the sale of real estate and personal property free and clear of liens and encumbrances pursuant to 11 USC §363 (f), stating as follows:

## BACKGROUND

1. Debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on August 15, 2013. The case was converted to Chapter 11 on November 25, 2013.

2. The Debtors continue to be Debtors-in-Possession pursuant to 11 USC §1107. No trustee has been appointed.

3. The Debtors have determined that it is in the best interest of the estate and their creditors that the real estate and certain items of personal property located in Lyon County, Kansas, as shown on Exhibit A (real estate) and Exhibit B (personal property), should be sold.

4. The real estate to be sold is owned by the Debtors, except for a tract owned by Adam and Laney Powell, which the Debtors are purchasing under a contract for Deed, as shown on Exhibit A.

5. The Debtors seek approval to sell the real estate shown on Exhibit A and the personal property shown on Exhibit B pursuant to 11 USC §363 (b) and (f).

6. The Debtors seek approval from the Court for the sale of real estate and personal property by auction, conducted by Bill Eberhardt of United Country National Realty & Auction Agreement between the Debtors and Eberhardt.

## AGREEMENT BETWEEN DEBTORS AND EBERHARDT

7.  On January 14, 2014, the Debtors and Eberhardt entered into a Standard Exclusive Real Estate Auction Agreement. A true and correct copy of the Agreement is attached to this Motion as Exhibit C.

8.  The Agreement provides for the auction sale of the real estate listed on Exhibit A and personal property listed on Exhibit B at the a date and time to be determined by the Court and parties.

## SALE PROCEDURE

9.  If approved by the Court, the Debtors shall proceed with the auction sale at a time and place as established by the Court. The procedures for the sale will be used to solicit potential buyers at auction as shown on Exhibit D (Marketing Plan). The procedures show how the bids will be made for the real estate and personal property to be sold. The sale of the real estate is subject to a reserve price established by the Debtors. If reserved price is not obtained, the property might not be sold.

10.  The proposed auctioneer, Eberhardt, is a third party and is unrelated to the Debtors.

11.  The Debtors are seeking by separate motion, approval of Eberdardt, to be engaged as a professional to see the assets by auction sale.

12.  The proposed auction sale is in the best interest of the bankruptcy estate and all parties to the Agreement have acted in good faith.

13.  The principal secured creditors Kansasland Bank and Frontier Farm Credit, as well as Adam and Laney Powell have consented to the sale.

14.  The Debtors believe that a prompt sale of the real estate and personal property under 11 USC §363 (b) is critical to the bankruptcy estate to maximize the value of the assets for the benefit of the Debtor's creditors.

15.  Under 11 USC §363 (b) and (f) and 11 USC §1107 (a), the Debtors are empowered to sell property free and clear of liens and encumbrances of record.

16.  The sale of real estate and personal property is in accordance with the Debtors overall business plan. The Debtors are intending to move from Lyon County, Kansas to Oklahoma. The assets are not needed for their reorganization. Therefore, there are reasonable business justification to sell the assets.

17.  The Debtors submit that the requirements of 11 USC §363 (f) have been satisfied in that the creditors have consented.

18.  The sale proceeds shall be used as follows:

    a.  To pay all reasonable and necessary expenses of the sale and closing.

    b.  The payment of all reasonable and necessary expenses of sale and closing of the assets.

    c.  The payment of any ad valorem or personal property taxes outstanding.

    d.  Payment in full, if possible, to the secured creditors and the Powell's.

    e.  Any additional proceeds will be paid to the trust account of Brown, Dengler, & O'Brien, LLC, and paid by further order of the court.

## CONCLUSION

19.  In conclusion, based upon the foregoing, the Debtors submit that the sale of the assets by auction is in the best interest of the bankruptcy estate and should be approved. In addition, the Debtors request that the Court approve the separate motion to engage Eberhardt as a real estate auction professional to handle the auction and for the Court to approve the bidding and sale procedures and approve the sale free and clear of all liens and encumbrances of record.

20.  Any objections should be filed electronically with the Clerk of the United Bankruptcy Court, with copies to:

    Christopher W. O'Brien
    Brown, Dengler & O'Brien, LLC
    1938 N. Woodlawn, Suite 405
    Wichita, KS 67208

This matter is requested to be heard on February 13, 2014 at 10:30 a.m. in the United States Bankruptcy Court, 401 North Market, Wichita, Kansas.

WHEREFORE, the Debtors, Marlin W. and Carla S. Allen, prays for the appropriate relief.

                           BROWN, DENGLER & O'BRIEN, LLC

                           *s/Christopher W. O'Brien*
                           Christopher W. O'Brien, Reg. No. 08804
                           1938 N. Woodlawn, Suite 405
                           Wichita, Kansas 67208
                           Telephone (316) 260-9720
                           Attorney for Debtors

In the United States Bankruptcy Court for the District of Kansas
Debtors Motion and Notice Seeking Authority for Sale of Assets
Free and Clear of Liens and Claims in Interest
Marlin W. and Carla S. Allen – Case No. 14-10001

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17 day of January, 2014, a true and correct copy of this motion and notice was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, and will be forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the parties and/or counsel's addresses on the matrix attached hereto.

*s/Christopher W. O'Brien*

Christopher W. O'Brien  #08804

Date Created: 5/23/2013



Overview

Legend
☐ Parcels
   Parcel Numbers
─ Street
   Centerline
☐ City Limits

| | |
|---|---|
| Parcel ID | 159290000000104A |
| Sec/Twp/Rng | 29-18-12 |
| Property Address | 1459 ROAD 210 Emporia |
| Alternate ID | n/a |
| Class | F - Farm Homesite |
| Acreage | 19.10 |

Owner Address SUPIRAN, CARLA; REV TRUST
1459 ROAD 210
EMPORIA, KS 66801-7957

| | |
|---|---|
| District | 075 |
| Brief Tax Description | NONE , ACRES 19.1 , BEG NW COR NW1/4 NE1/4 E1080 S806.67 W1080 N806.67 TO POB LESS ROW SECTION 29 TOWNSHIP 18 RANGE 12E |
| | (Note: Not to be used on legal documents) |

Last Data Upload: 5/23/2013 8:28:07 AM

Disclaimer: The data used to produce this map is not survey accurate. It is intended for tax purposes only.



developed by
The Schneider Corporation
www.schneidercorp.com

# Lyon County, KS





Overview

Legend
- Parcels
- Parcel Numbers
- Street Centerline
- City Limits

| Parcel ID | 1592900000001040 | Alternate ID | n/a | Owner Address | SUPIRAN, CARLA |
|---|---|---|---|---|---|
| Sec/Twp/Rng | 29-18-12 | Class | A - Agricultural Use | | 1459 ROAD 210 |
| Property Address | 1400 ROAD 210 Emporia | Acreage | 21.10 | | EMPORIA, KS 66801-7957 |

| District | 075 |
|---|---|
| Brief Tax Description | NONE , ACRES 21.1 , NW1/4 NE1/4 EXC BEG NW COR NW1/4 NE1/4 E1080 S806.67 W1080 N806.67 TO POB LESS ROW SECTION 29 TOWNSHIP 18 RANGE 12E |
| | (Note: Not to be used on legal documents) |

Last Data Upload: 5/23/2013 8:28:07 AM

Disclaimer: The data used to produce this map is not survey accurate. It is intended for tax purposes only.



developed by
The Schneider Corporation
www.schneidercorp.com

# Lyon County, KS





| Parcel ID | 1592900000001010 | Alternate ID | n/a | Owner Address | ALLEN, CARLA S & ALLEN, JERRY L |
|---|---|---|---|---|---|
| Sec/Twp/Rng | 29-18-12 | Class | A – Agricultural Use | | 1459 ROAD 210 |
| Property Address | 1477 ROAD 210 Emporia | Acreage | 19.20 | | EMPORIA, KS 66801-7957 |

| District | 075 |
|---|---|
| Brief Tax Description | NONE , ACRES 19.2 , N1/2 NE1/4 NE1/4 LESS ROW SECTION 29 TOWNSHIP 18 RANGE 12E |
| | (Note: Not to be used on legal documents) |

Last Data Upload: 5/23/2013 8:28:07 AM

Disclaimer: The data used to produce this map is not survey accurate. It is intended for tax purposes only.



developed by
The Schneider Corporation
www.schneidercorp.com

# Lyon County, KS



Date Created: 5/23/2013



Last Data Upload: 5/23/2013 8:28:07 AM

Disclaimer: The data used to produce this map is not survey accurate. It is intended for tax purposes only.



developed by
The Schneider Corporation
www.schneidercorp.com



| | | | |
|---|---|---|---|
| **Parcel ID** | 1592900000001020 | **Alternate ID** n/a | **Owner Address** POWELL, ADAM & LANEY M |
| **Sec/Twp/Rng** | 29-18-12 | **Class** A - Agricultural Use | PO BOX 659 |
| **Property Address** | 1400 ROAD 205 | **Acreage** 19.60 | WICHITA FALLS, TX 66606-0659 |
| | Emporia | | |

| | |
|---|---|
| **District** | 075 |
| **Brief Tax Description** | NONE , ACRES 19.6 , S1/2 SE1/4 NE1/4 LESS ROW SECTION 29 TOWNSHIP 18 RANGE 12E |
| | (Note: Not to be used on legal documents) |

**Disclaimer:** The data used to produce this map is not survey accurate.  It is intended for tax purposes only.

Last Data Upload: 7/15/2013 11:51:50 PM

Case 14-10001   Doc# 15   Filed 01/17/14   Page 9 of 24

K = KEEP
S = SELL

# Exhibit B

## Marlin Allen
## MACHINERY, EQUIPMENT, AND TRUCKS

| Item | Year, Make, & Model | Perfected On? | Estimated Mkt. Value | |
|---|---|---|---|---|
| tractor/loader | 2003 Ford 7710 frnt asst w/loader | Y | $ 28,000 | K |
| tractor/loader | 2000 Ford 3415 w/loader(2000,7309) | Y | $ 10,000 | S |
| loader | Westendorf loader | Y | $ 2,500 | |
| baler | Hesston 565 round baler | Y | $ 6,500 | Snyder |
| swather | Hesston HydroSwing swather | Y | $ 850 | Brant |
| bale wagon | New Holland 1044 bale stack wagon | Y | $ 5,000 | S |
| hay rake | Allis rake | Y | $ 500 | Brant |
| baler | New Holland 256 square baler  Int'l | Y | $ 1,500 | S |
| bale mover | Bale Mover w/HydroMast | Y | $ 1,200 | K |
| sprayer | Field sprayer w/30' booms | Y | $ 2,000 | K |
| trailer | Gooseneck stock trailer | N | $ 2,500 | K |
| trailer | W&W 32' flat trailer | N | $ 3,000 | K |
| trailer | 2000 Exiss STC 26' alum w/10' liv qtrs | Y | $ 10,900 | S |
| trailer | 20' Stock trailer | N | $ 1,500 | |
| truck  X | 1994 Chev 1 Ton flat bed truck | Y | $ 2,500 | K |
| truck  1989 | 1988 Chev 3/4 Ton diesel | N | $ 2,500 | |
| truck | 1968 2 Ton Chev truck | N | $ 1,500 | S |
| truck  ? | 1994 Chev 1 Ton 4X4 diesel | Y | $ 2,500 | |
| welder/trailer | Lincoln portable welder & trailer | Y | $ 1,800 | S |
| mower | 15' Bushog | Y | $ 10,000 | K |
| post hole aug | Danhauser post hole digger w/2 augers | Y | $ 1,200 | B. |
| trailer | 16' Dump trailer | N | $ 1,500 | K |
| disc | Disc  Larry Jackson | Y | $ 1,500 | |
| mower | 7' Ford brushog   951 Rotary mower | Y | $ 650 | S |
| trailer | Swather trailer   milan | Y | $ 500 | |
| head gate | Working alley headgate | Y | $ 1,100 | |
| panels | 28 Portable panels | Y | $ 2,500 | K |
| gates | 2 Portable entry gates | Y | $ 200 | K |
| feed bunks | 6 Feed bunks | Y | $ 950 | S |
| feeders | 2 Large round bale feeders | Y | $ 300 | |
| fuel tanks | Portable fuel tanks | Y | $ 300 | K |
| bale mover | 3 Bale movers | Y | $ 900 | K |
| pallet fork | Pallet fork attachment | Y | $ 500 | S |
| truck | 1980 GMC pickup truck | N | $ 500 | K |
| feeders | Cake feeder | Y | $ 500 | K |
| truck | 2008 Dodge Ram 3500 Laramie | Y | $ 35,000 | K |
| baler | 1982 Hesston 5510 round | | $  - | S |
| rake | Int 35 side delivery | | $  - | S |
| wagon | Grain-o-vator wagon | | $  - | S |
| baler | Int. 430 sq. baler  stove | | $  - | |
| swather | Hesston 6658 self propelled | | $  - | S |
| | NH 1044 stack wagon  stove | | $  - | |
| | Box Blade | | $  - | S |
| | Blade | | $  - | S |
| | *Total Value* | | $ 145,950 | |
| | | | $  - | |
| | *Less: Prior Liens* | | $  - | |
| | | | $  - | |
| | *Less: Non-Perfected Items* | | $ 11,000 | |
| | | | $  - | |
| | *Total Collateral Value* | | $ 134,950 | |

Case 14-10001   Doc# 75   Filed 01/17/14   Page 10 of 24

**Exhibit C**

## *United Country National Realty & Auction*

EXCLUSIVE RIGHT TO SELL LISTING AGREEMENT
REAL ESTATE AUCTION ~ SELLER AGENT

This Exclusive Right to Sell Agreement between the undersigned __hereinafter known as "Seller" and United Country, hereinafter known as "Broker", for the property known as **1459 Road 210, Emporia Ks 66801** is exclusive and irrevocable for the period beginning **January 14, 2014** and ending **April 8, 2014**, inclusive, with an auction date of **March 8, 2014 (10:00 am to be sold on site).**

LEGAL DESCRIPTION: **Per attachments (5 total Parcels)**. The property is offered for sale at a price to be determined at public auction "as is" and "where is" for cash or other consideration as agreed to by the parties.

Seller hereby represents and warrants to Broker that this is the one and only Exclusive Right to Sell Agreement in effect, and said Seller has the capacity to convey merchantable title upon closing.

Broker agrees to market the property and approximates the advertising costs to be paid by Seller at $ **4,990.00**. Said advertising approximation ___**X**___ to be, _____ not to be paid in advance by Seller.

1.  The Broker agrees to perform the terms of this Contract, promote the interests of the Seller with the utmost good faith, loyalty and fidelity, and, subject to the following, present all offers, counteroffers, and back-up offers in a timely manner. Seller and Broker agree that if any offer is made prior to the auction, then that offer will be used as the opening bid. Upon acceptance of a Contract, I wish the Broker to (*initial one*):

| | |
|---|---|
| _____ | cease marketing the property and not submit any offers received; |
| ___**X**___ | cease marketing the property, but submit any offers received. |

2.  The Seller agrees to pay the Broker a brokerage fee of ___**6%**___ of the selling price if the Broker produces a ready, willing and able buyer for the property at the price and subject to the terms stated, or later agreed upon, or if the sale, or exchange of the property is made by the Seller or any other person, during the term of this Exclusive Right to Sell Agreement. Seller authorizes the deduction of said brokerage fee from the Seller's proceeds at closing.

3.  Such compensation shall be paid if property is sold, exchanged, conveyed, or otherwise transferred within __**30**__ days after the termination of this Agreement or any extension thereof to anyone with whom the agent has negotiated or to whom the agent has exposed the property prior to the final termination, provided Seller has received notice in writing, including the names of prospective purchasers, before or upon termination of this Agreement or any extension thereof. However, Seller shall not be obligated to pay such compensation if a valid Exclusive listing agreement is entered into during the term of said protection period with another licensed real estate broker and the sale, exchange, conveyance, or transfer of property is made during the term of said protection period. Seller agrees to accept a minimum price of $_____ at the auction. However, lesser offers will be considered and seller will have the right to accept or reject the lesser offer.

4.  Real Estate Earnest Deposit, from buyer, in the amount of **10% of Sale Price** will be deposited with **Lyon County Title** as escrow agent. This is a non-fundable deposit and should buyer fail to close for any reason such deposit will be shared equally between seller and broker. Seller shall share equally with buyer in cost of title insurance. Escrow and/or closing charges shall be shared equally between Seller and buyer.

5.  Mineral rights will, ___**X**___ pass with the land to the buyer, _____ remain with the Seller. ____N/A. Crops planted at the time of the sale will, ___**X**___ pass with the land to the buyer, _____ remain with the Seller, ____ N/A. Water rights will, _____ pass with the land to the buyer, _____ remain with the Seller, ___**X**___ N/A.

6.  Seller shall pay **2013** taxes and all prior years. Taxes for **2014** shall be prorated to date of closing based on taxes levied for **2013** OR Seller shall pay to Purchaser an amount equal to **2013** taxes. Purchaser shall be responsible to payment of **2014** taxes when due. **2013** taxes were **$2,349.50 (total of all 5 parcels)** .

7.  Possession shall be given as follows: ____**At Closing**_____

8.  The Seller authorizes Broker to cooperate with other brokers, and to divide with other Brokers such compensation in any manner acceptable to brokers. The Seller agrees that Broker shall:

| | | | | |
|---|---|---|---|---|
| Offer cooperation to sub-agents | Yes | _____ | No | XXXXX |
| Offer compensation to sub-agents | Yes | _____ | No | XXXXX |
| Offer cooperation to transaction brokers | Yes | XXXXX | No | |
| Offer compensation to transaction brokers | Yes | XXXXX | No | |
| Offer cooperation to buyer's agents | Yes | XXXXX | No | |
| Offer compensation to buyer's agents | Yes | XXXXX | No | |

9.  Seller understands Broker may show alternative properties not owned by Seller to prospective buyers, and may list competing properties for sale without breaching any duty or obligation to Seller.

Page 1 of 3

10. Seller acknowledges that Broker may have clients who have retained Broker to represent them as a buyer in the acquisition of property. If a buyer client becomes interested in making an offer on Seller's property, then the Broker would be in a position of representing both buyer and Seller in that transaction unless designated agents have been appointed. Such representation would constitute dual agency, which is illegal in Kansas. With the informed consent of both buyer and Seller, Broker may act as a transaction broker. As a transaction broker, Broker would assist the parties with the real estate transaction without being an agent or advocate for the interests of either party. Seller consents to transaction brokerage, subject to both buyer and Seller signing a Transaction Broker Addendum to their agency agreement with Broker, which must be signed by the buyer prior to writing an offer to purchase the property and by Seller prior to signing the purchase contract. *(please initial)*     __X__ Yes     _____ No

11. Seller hereby acknowledges the availability of home protection programs (please initial one):

_____     Seller chooses to provide such coverage and hereby acknowledges receipt of home protection policy application. Broker may receive administrative fee.
__X__     Seller does not choose to provide such coverage.

12. Seller also understands and agrees that part of marketing the property, Broker will be showing buyers properties other than Seller's and providing buyers with information on selling prices in the area.

13. The Seller agrees to release to the Broker any earnest money deposited with a contract and forfeited by a buyer, but not in excess of the amount to which the Broker would be entitled had the transaction closed.

14. The Seller agrees to refer all inquiries and offers received during the term of this listing agreement to the Broker.

15. The Seller agrees:  (1) to provide the buyers of the property with evidence of clear title; (2) to provide inspection reports, if any, when called for in a sales agreement; and (3) to disclose any known material defects.  At the signing of this Agreement, Seller, _____ does, __X__ does not, agree to complete a Seller's Disclosure Statement to be provided to prospective buyers and to update Disclosure Statement at time of execution of sales contract or upon request.  Seller warrants that plumbing is connected to, ____ public sewer, ____ septic system, __X__ lagoon, _____ other or N/A.  Seller further warrants that property is connected to, ____ city water, __X__ private well, _____ rural water meter, ____N/A.  The Seller hereby agrees to indemnify and hold harmless the Broker, his/her agents and employees, from all harm, damages, and economic loss resulting from the information Seller has given regarding sewage system and water supply, including attorney fees if allowed by law.

16. Seller agrees to leave utilities on during the term of this listing or until final settlement of a sales transaction, whichever is later.

17. The Seller authorizes and gives consent, ___ yes, does not authorize and denies consent, __X__ no, Broker to disclose the motivating factors behind the sale of the property in order to increase buyer interest.

18. As Seller of the property, I/We have given the Broker information regarding the property to appear on the listing data.  Seller does not have knowledge of any material defects of the property or environmental hazards nor do we have any knowledge of any easements, sewer assessments, street assessments or other proposed special assessments except as shown on the Seller's Property Disclosure Statement, if any Seller agrees to defend indemnify and hold harmless Broker and its agents, employees, and independent contractors, from and against any and all claims, demands, suits, damages, losses or expenses (including reasonable attorney fees) arising out of any misrepresentation, nondisclosure or concealment by Seller in connection with the sale of the property including, without limitation, inaccuracy of information provided by the Seller for the preparation of listing data, Seller's Disclosure Statement, or otherwise in connection with the sale of the property.  Seller agrees to thoroughly review the listing information prepared by the Broker and advise the Broker immediately of any errors or omissions.  Seller further stipulates that the age of the property and the dimensions of the lot as shown on the listing information are accurate to the best of his/her knowledge.  Therefore, Seller agrees that he/she will personally assume all responsibility for any complaints made by a prospective buyer before or after possession with respect to defects in, or problems with, any such items or representation.  The Broker shall not be responsible in any manner.

19. The Seller gives the Broker the right to place a For Sale sign/s on the property and to remove all other signs during the term of this listing agreement.  The Seller authorizes the Broker to obtain the information on the Mortgage No. _____ held by _____ in addition to any other mortgages presently shown as liens against the property.

20. Wood Infestation:  (please check applicable choice)
_____Property has been previously treated and is under warranty with _____
_____Property has not been previously treated
_____Property has been previously treated but is no longer under warranty
_____Seller has no knowledge of termite treatments and/or inspection.

21. SELLER HAS BEEN ADVISED AND UNDERSTANDS THAT THE LAW REQUIRES DISCLOSURE OF ANY KNOWN MATERIAL DEFECTS IN THE PROPERTY TO PROSPECTIVE BUYERS AND THAT FAILURE TO DO SO MAY RESULT IN CIVIL LIABILITY FOR DAMAGES.  SELLER AGREES TO INDEMNIFY AND HOLD HARMLESS BROKER AND BROKER'S AGENTS FROM ANY CLAIMS THAT REQUIRED DISCLOSURES WERE NOT MADE, INCLUDING REASONABLE ATTORNEY FEES OF BROKER AND BROKER'S AGENTS.  SELLER hereby warrants that the information provided to the Broker as well as the information provided herein is true and correct according to the Seller's best knowledge and belief, and agrees to hold Broker and Broker's agents and any cooperating brokers and agents harmless from any damages, costs, attorney fees, or expenses whatsoever arising by reason of Seller not disclosing any pertinent information, giving any incorrect information, or the breach of any terms and conditions of this agreement.

Page 2 of 3

22. The Broker will disclose to the Seller all adverse material facts actually known by the Broker about the buyer and advise the Seller to obtain expert advice as to material matters known by the Broker but the specifics of which are beyond the Broker's expertise. When the Seller has been so advised, no cause of action for any person shall arise against the Broker pertaining to such material matters. The Broker will disclose to any customer and Seller any adverse material facts actually known by Broker, related to the physical condition of the property, which contradict any information included in a written report that has been prepared by a qualified third party and provided to a customer or Seller. However, Broker owes no duty to conduct an independent inspection of the property to verify accuracy or completeness of any statements made by Seller or any qualified third party. Broker will account in a timely manner for all money and property received. The Broker will all requirements of the Brokerage Relationships in Real Estate Transactions Act of Kansas, comply with any applicable federal, state, and local laws, rules, regulations, and ordinances, including fair housing and civil rights statutes and rules and regulations. The Broker will keep all information about the Seller confidential unless disclosure is required by statute, rule or regulation, or unless failure to disclose would constitute fraudulent misrepresentation. The Broker will disclose to any customer all adverse material facts actually known by the Broker, including but not limited to: environmental hazards affecting the property which are required by law to be disclosed, the physical condition of the property, any material defects in the property or title thereto, or any material limitations on the Seller's ability to perform under the terms of the contract.

23. The Broker may enter the property at reasonable times for showing to prospective buyers, for inspections, and for appraisal. The Seller agrees to furnish the Broker a key to the property and permit the Broker to place a lock box, __X__ yes, _____ no, on the premises during the term of this listing agreement or until final settlement of a sales transaction, whichever is later.

24. The Broker is not responsible for vandalism, theft, or damage of any nature to the property.

25. Seller acknowledges that there is an auction category in the Broker's local Multiple Listing Service and therefore Broker will __X__, or will not_____ place this property in such Multiple Listing Service.

26. Seller hereby authorizes Broker to distribute information concerning this property to any website, in Broker's sole discretion, including, but not limited to, any site operated by Broker, the Kansas Auctioneers Association, the National Auctioneers Association, or National Association of REALTORS. Seller acknowledges that distributing information in this manner is intended to increase public awareness of the property.

27. This is a legally binding contract. If not understood, please seek legal advice.

28. THIS PROPERTY WILL BE OFFERED, SHOWN, AND MADE AVAILABLE FOR INSPECTION AND SALE TO ALL PERSONS WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, HANDICAP, FAMILIAL STATUS, OR NATIONAL ORIGIN.

Seller hereby acknowledges receipt of a copy of this agreement.

United Country National Realty & Auction

BY: _____
                                                      DATE

**United Country National Realty & Auction**

SELLER _____ DATE

SELLER _____ DATE

SELLER _____

SELLER _____ WORK PHONE

MAIN CONTACT EMAIL

# Lyon County, KS





**Overview**

**Legend**
- ☐ Parcels
- Parcel Numbers
- — Street Centerline
- ☐ City Limits

| | |
|---|---|
| **Parcel ID** | 159290000000104A |
| **Sec/Twp/Rng** | 29-18-12 |
| **Property Address** | 1459 ROAD 210 Emporia |
| **Alternate ID** | n/a |
| **Class** | F - Farm Homesite |
| **Acreage** | 19.10 |
| **Owner Address** | SUPIRAN, CARLA; REV TRUST 1459 ROAD 210 EMPORIA, KS 66801-7957 |

**District** 075

**Brief Tax Description** NONE , ACRES 19.1 , BEG NW COR NW1/4 NE1/4 E1080 S806.67 W1080 N806.67 TO POB LESS ROW SECTION 29 TOWNSHIP 18 RANGE 12E
(Note: Not to be used on legal documents)

Last Data Upload: 5/23/2013 8:28:07 AM

Disclaimer: The data used to produce this map is not survey accurate. It is intended for tax purposes only.



developed by
The Schneider Corporation
www.schneidercorp.com

# Lyon County, KS





Overview

Legend

- ☐ Parcels
- — Parcel Numbers
- — Street Centerline
- ☐ City Limits

| Parcel ID | 1592900000001040 | Alternate ID | n/a | Owner Address | SUPIRAN, CARLA |
|---|---|---|---|---|---|
| Sec/Twp/Rng | 29-18-12 | Class | A – Agricultural Use | | 1459 ROAD 210 |
| Property Address | 1400 ROAD 210 Emporia | Acreage | 21.10 | | EMPORIA, KS 66801-7957 |

District: 075

Brief Tax Description: NONE , ACRES 21.1 , NW1/4 NE1/4 EXC BEG NW COR NW1/4 NE1/4 E1080 S806.67 W1080 N806.67 TO POB LESS ROW SECTION 29 TOWNSHIP 18 RANGE 12E
(Note: Not to be used on legal documents)

Last Data Upload: 5/23/2013 8:28:07 AM

Disclaimer: The data used to produce this map is not survey accurate. It is intended for tax purposes only.



developed by
The Schneider Corporation
www.schneidercorp.com

# Lyon County, KS





Overview

Legend
☐ Parcels
  Parcel Numbers
— Street Centerline
☐ City Limits

| | |
|---|---|
| **Parcel ID** | 1592900000001010 |
| **Sec/Twp/Rng** | 29-18-12 |
| **Property Address** | 1477 ROAD 210<br>Emporia |
| **Alternate ID** | n/a |
| **Class** | A - Agricultural Use |
| **Acreage** | 19.20 |
| **Owner Address** | ALLEN, CARLA S & ALLEN, JERRY L<br>1459 ROAD 210<br>EMPORIA, KS 66801-7957 |

**District** 075

**Brief Tax Description** NONE , ACRES 19.2 , N1/2 NE1/4 NE1/4 LESS ROW SECTION 29 TOWNSHIP 18 RANGE 12E
(Note: Not to be used on legal documents)

Last Data Upload: 5/23/2013 8:28:07 AM

Disclaimer: The data used to produce this map is not survey accurate. It is intended for tax purposes only.



developed by
The Schneider Corporation
www.schneidercorp.com

# Lyon County, KS





Overview

Legend
☐ Parcels
Parcel Numbers
— Street Centerline
☐ City Limits

1542000000002000
1542000000001000
1552100000001000

ROAD 210

159290000000104A
1592900000001010

1592900000001040
1582800000003020

1592900000001050

1592900000001000

1592900000001020

ROAD 205

1592900000004000
1582800000004000

Last Data Upload: 5/23/2013 8:28:07 AM

Disclaimer: The data used to produce this map is not survey accurate. It is intended for tax purposes only.



developed by
The Schneider Corporation
www.schneidercorp.com



| Parcel ID | 1592900000001020 | Alternate ID | n/a | Owner Address POWELL, ADAM & LANEY M |
|---|---|---|---|---|
| Sec/Twp/Rng | 29-18-12 | Class | A - Agricultural Use | PO BOX 659 |
| Property Address | 1400 ROAD 205 | Acreage | 19.60 | WICHITA FALLS, TX 66606-0659 |
| | Emporia | | | |

| District | 075 |
|---|---|
| Brief Tax Description | NONE , ACRES 19.6 , S1/2 SE1/4 NE1/4 LESS ROW SECTION 29 TOWNSHIP 18 RANGE 12E |
| | (Note: Not to be used on legal documents) |

Disclaimer: The data used to produce this map is not survey accurate. It is intended for tax purposes only.

Last Data Upload: 7/15/2013 11:51:50 PM

Case 14-10001    Doc# 75    Filed 01/17/14    Page 18 of 24

# Personal Property Auction Listing Contract
# *United Country National Realty & Auction*

This agreement made and entered into this __14th__ day of __January__, 20__14__ by and between __Marlin & Carla Allen__ hereinafter designated as "Seller(s)" and United Country National Realty & Auction Hereinafter designated as "Auctioneer" or Agent.

The Auctioneer will on/or About the __8th__ day of __March__, 2014 sell at public auction the personal property listed below or __attached__ and on the auction flyer. Said merchandise will be sold to the highest bidder for cash in hand. Auction is to be held at __1459 Road 210, Emporia KS 66801__ and start at approximately __10:00__ AM.

The Sellers agree to pay the auctioneer a fee of __10%__ to be subtracted from the gross receipts on all personal property regardless of any liens or mortgages that might exist. The seller(s) covenants and agrees that they have good title ad the right to sell said goods and that said goods are free from all encumbrances except as follows: (if none, write none)

ITEM / MORTGAGE OR LIEN HOLDER / ADDRESS / APPROX. UNPAID BALANCE
See Attachment

The Seller(s) shall pay the cost of all labor for sale presentation, set-up and operation on day of sale, and clean-up after sale, if and as required. Estimated to be $ _0_

The seller(s) shall pay all expenses of advertising and promotion of the auction. Seller(s) understand and acknowledges that advertisements shall be ordered in the form of Newspaper classified ads, Trade Magazines, Auction Brochures, Auction Signs, websites and any other marketing media deemed necessary for successful promotion of the auction. The amount and extent of said advertising not to exceed $ __(included with real estate listing agreement)__ .

The auctioneer shall deposit all auction proceeds in his auction account, and shall make reasonable efforts to clear all checks. Fourteen business days will be allowed for all checks to clear before dispersal of proceeds will be given to seller.

The auctioneer and his employees shall require identification on all checks accepted, but shall not be liable for collection of any bad check.

It is understood that the auctioneer is acting as agent for the seller(s) and shall not be responsible for any accidents, nor any legal action that might occur, including expenses thereof.

Seller(s) agree to assume all liability and hold the auctioneer harmless from any actions or expenses which may arise as a result of non-compliance with bulk sales law, truth and lending statutes, or consumer protection acts, either Federal or State which may be applicable to said auction.

INDEMNITY: Auctioneer will successfully defend any court action brought against him by any party involved in the sale of this property including the seller(s). If it becomes necessary to employ an attorney to collect sums due hereunder, seller(s) agree to pay all usual and reasonable court costs and attorney's fees expended by auctioneer.

Seller(s) agrees that once a list of items to be sold at auction is complete and given to the auctioneer as information for printing of the sale bill, seller will not privately sell those items outside of or before the auction

This agreement shall be binding upon the parties hereto and their respective heirs, executors, administrators, successors and assigns and this agreement constitutes the entire contract between the parties.

**In witness whereof the parties have set there hands the day and year above written.**

_____          _____
Bill Eberhardt Auctioneer/Agent              Date

_____          _____
Seller (s)                                                Date



**Marketing Services**

## Auction - 1459 Road 210, Emporia Kansas
### United Country National Realty & Auction
### Date: TBD

| | Section | Color or B&W | Circulation or Site Traffic | Runs | Cumulative Circulation or Site Traffic | Ad Size | Client Investment |
|---|---|---|---|---|---|---|---|
| **DIGITAL MARKETING** | | | | | | | |
| **Auction Websites** | | | | | | | |
| UCNRA.com | | | 2,000 | | 2,000 | | No Cost |
| KAA.com | | • | 1,537 | | 1,537 | | No Cost |
| NAA.com | | | 3,225 | | 3,225 | | No Cost |
| Proxibid.com | | | N/A | | N/A | | $200 |
| UnitedCountry.com (syndication to over 3,000 local, state and speciality sites) | | | 900,000 | | 900,000 | | No Cost |
| UCAuctionServices.com | | | 16,000 | | 16,000 | | No Cost |
| PropertyAuction.com | | | 14,800 | | 14,800 | | No Cost |
| KansasAuctions and MissouriAuctions.net | | | 700 | | 700 | | $70 |
| GlobalAuctionGuide.com | | | N/A | | N/A | | No Cost |
| RuralAds.com | | | N/A | | N/A | | No Cost |
| | | | | | | | |
| **General Websites** | | | | | | | |
| Zillow.com (syndication through UnitedCountry.com) | | | 9,920,124 | | 9,920,124 | | No Cost |
| Trulia.com (syndication through UnitedCountry.com) | | | 7,681,005 | | 7,681,005 | | No Cost |
| Adsmsa.com | | | 60,001 | | 60,001 | | No Cost |
| Backpage.com | | | 60,001 | | 60,001 | | No Cost |
| Craigslist.org | | | N/A | | N/A | | No Cost |
| ClassifiedsForFree.com | | | N/A | | N/A | | No Cost |
| ClassifiedAds.com | | | 4,050,467 | | 4,050,467 | | No Cost |
| Nextech.com | | | N/A | | N/A | | No Cost |
| LandofAmerica.com | | | 3,415,500 | | 3,415,500 | | $50 |
| LandWatch.com | | | 4,000,000 | | 4,000,000 | | $50 |
| Banner Ad: Lands of America | | | | | | | $500 |
| | | | | | | | |
| **E-mail Marketing** | | | | | | | |
| E-mail Blast Deployment: United Country Confidentials | | | 1,000 | | 1,000 | | No Cost |
| | | | | | | | |
| South Central Kansas MLS Listing | | | | | | | No Cost |
| | | | | | | | |
| Digital project management: posting/removing to sites, reporting, copy writing scheduling/deployment of email blasts | | | | | | | |
| **DIRECT MARKETING** | | | | | | | |
| 5.75x11 Double Sided Color 100# Gloss Post Card | | | | | | | |
| Mailed to Emporia Routes 1, 2, 4, 5 | | | 1,757 | | 1,757 | | $950 |
| 5.75x11 Double Sided Color 100# Gloss Post Card for Distribution | | | 93 | | 93 | | Included Above |
| Radio: Kansas Ag Nework | | | | | | | $500 |
| **PRINT MARKETING** | | | | | | | |
| High Plains Journal | Auction | B&W | 120,000 | 4 | 480,000 | 2x3 | $1,100 |
| Grass & Grain | Auction | B&W | 12,000 | 4 | 38,000 | 2x3 | $250 |
| Rural Messenger | Auction | B&W | 14,000 | 3 | 42,000 | 2x5 | $250 |
| Emporia Gazette | Auction | B&W | | 4 | | 2x5 | $320 |
| Wichita Eagle | Auction | B&W | | 2 | | Line Ad | $300 |
| Wichita Business Journal | Auction | Color | 18,000 | 3 | 54,000 | Block | $150 |
| Print Marketing project management, media buying, copy writing and editing | | | | | | | |
| **SIGNAGE** | | | | | | | |
| Site Signage | | | | | | | $300 |
| | | | | | | | |
| | | | | **Cumulative Impressions:** | 30,742,030 | | $4,990 |

Confidential: Do not copy, redistribute or use any portion of this Media Plan for any purpose without the express written consent of United Country Real Estate. Proposal valid for 45 days. Media space subject to availability with vendors.

_____
Signature/Date

Label Matrix for local noticing
1083-6
Case 14-10001
District of Kansas
Wichita
Tue Jan  7 15:43:58 CST 2014

Internal Revenue Service
444 SE Quincy
Federal Building Suite 290
Topeka, KS 66683-0002

KansasLand Bank
702 Main
P.O. Box 374
Americus, KS 66835-0374

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

Wichita Headquarter Office
167 US Courthouse
401 North Market
Wichita, KS 67202-2089

ABC New Dimensions
2307 W 7th
Emporia KS 66801-6365

ABC Seamless of Hayes
1507 E 27th Street
Hays KS 67601-2111

ABC Seamless of Topeka
Attn Tom Neuberger
1312 Stone Meadows Dr
Lawrence KS 66049-3825

AG Choice
1779 Road G
Emporia KS 66801-7633

ALTAIR OH XIII, LLC
c o Weinstein And Riley PS
2001 Western Avenue Ste 400
Seattle WA 98121-3132

Adam Powell
Laney Powell
319 SW Quinton
Topeka KS 66606-1179

Adam and Laney Powell
C/O Tom Barnes
2887 SW Macvicar Ave.
Topeka, KS 66611-1782

Agler & Gaeddert Chtd
PO Box 704
Emporia KS 66801-0704

American Electric Co
PO Box 978
Columbia MO 65205-0978

Animal Health Center
119 S Coble
Marion KS 66861-1101

Arrowhead Products Inc
8700 Excelsior Blvd
Hopkins MN  55343-3410

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Blue Stem Farm and Ranch Inc
PO Box 1064
Emporia KS 66801-1064

C Allen For Your Doors
419 Merchant
Emporia KS 66801-4058

CBCS Collections
105 W 5th Ave
PO Box 428
Emporia KS 66801-0428

Cable One
PO Box 9001092
Louisville KY  40290-1092

Cap One
26525 N Riverwoods Blvd
Mettawa IL 60045-3438

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank USA NA
PO Box 71083
Charlotte NC  282721083

Capital One NA
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Carpet and More Inc
2914 W Hwy 50
Emporia KS 66801-5394

Columbia Metal Products Co - Iola
PO Box 33477
Kansas City MO 64120-3477

Conoco Phillips
Wright Express FSC
PO Box 6293
Carol Stream IL  60197-6293

Core First Bank & Trust
3035 SW Topeka Blvd
Topeka KS 66611-2122

Countertop Trends
408 Main St
Gridley KS  66852

Credit One Bank
PO Box 98872
Las Vegas NV 89193-8872

Discover Student Loans
PO BOX 30925
Salt Lake City, UT 84130-0925

Drew F Davis
Law Office of Drew F Davis
PO Box 610
Cameron MO 64429-0610

EduCap Inc.
45610 Woodland Road, Suite 370
Sterling, VA 20166-4220

Emporia Motors Inc
Attn Creig Agler
2260 W Highway 50
Emporia KS  66801

Farm Credit Service
245 North Waco
Wichita KS 67202-1195

Fidelity Investments
Institutional Operations Co Inc
82 Devonshire Street
Boston MA 02109-3605

Fred Richardson
223 Dorset Dr
Emporia KS 66801-3507

Fred Richardson
Attn Robert N Symmonds, Atty
427 Commercial St
Emporia KS 66801-4012

Frontier Farm Credit FLCA
PO Box 937
Parsons KS 67357-0937

Gecrb/jcp
PO Box 965007
Orlando FL 32896-5007

Gerald Schumann Electric
601 W 6th
Emporia KS 66801-2771

Greenberg Grant & Richards Inc
5858 Westheimer Rd Ste 200
PO Box 571811
Houston TX  77257-1811

Grimmett Masonry Inc
2026 W 6th Ave
Emporia KS 66801-6463

Harshman Construction LLC
1648 FP Rd
Cedar Point KS 66843-9538

Internal Revenue Service
PO Box 7346
Philadelphia PA  19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

John Deere Financial
PO Box 4450
Carol Stream IL  60197-4450

John Deere Financial, f.s.b.
PO Box 6600
Johnston, IA 50131-6600

Kan Equip Inc
PO Box 310
Wamego KS 66547-0310

Kan Fab Inc
623 Graham Street
Emporia KS 66801-5107

Kansas Dept of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66601-3005

Kansas Gas Service
P.O. Box 219046
Kansas City MO 64121-9046

KansasLand Bank
Attn Robert N Symmonds
427 Commercial St
Emporia KS 66801-4012

Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls WI 53051-7096

LCG Inc
3001 Flechtner Dr
Fargo ND 58103-2379

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Larry J Putnam
Patton & Putnam PA
605 Lincoln
Emporia KS 66801-2440

LeRoy and Linda Denson
110 W Wamage St
Olpe KS 66865-9240

Loan To Learn
45610 Woodland Rd Ste 37
Sterling VA  20166-4220

Louis M And Mary Smith Harvill
N 4010 Road
Boswell OK  74727

Lynn Barrow
9000 E 327th
Drexel MO 64742-8170

Mark II Inc
Lumber and Building Materials
825 E 6th Ave
Emporia KS 66801-3201

Mel's Tire LLC
915 Graham
Emporia KS 66801-5112

Metals USA - Building Products Div
Houston Credit Office
11550 Fuqua Ste #200
Houston TX 77034-4537

Midway Wholesale
PO Box 1246
Topeka KS 66601-1246

Mike Ford
206 W 8th
Hutchinson KS 67501-4639

Neenan Co
PO Box 300408
Kansas City MO 64130-0408

New Dimension Products of Emporia, et. al.
c/o Larry J. Putnam
605 Lincoln
Emporia, KS 66801-2440

Newman Regional Health
1201 W 12th
Emporia KS 66801-2597

ONE WEST BANK,FSB
POST OFFICE BOX 829009
DALLAS, TEXAS 75382-9009

(p)O REILLY AUTOMOTIVE INC
P O BOX 1156
SPRINGFIELD MO 65801-1156

Ocwen Loan Servicing LLC
Attn Millsap & Singer LLC
612 Spirit Drive
St Louis MO 63005-1259

One West Bank
6900 Beatrice Fsb
Kalamazoo MI 49009-9559

Osage Building Materials
425 Main Street
Osage City KS 66523-1354

ProVia Door
2150 State Route 39
Sugarcreek OH 44681-9201

RJ Wholesale Inc
930 Kent Street
Liberty MO 64068-2237

Randall C Henry
Oswalt Henry Oswald and Roberts
113 South Broadway
Sterling KS 67579-2132

Reyers Country Store
501 E 7th Street
Strong City KS 66869-8801

S R Coffman Construction Inc
PO Box 983
Irvine CA 92618

Scott A Strahm
Kathryn J Strahm
1015 Scott St
Emporia KS 66801-5160

Sears/cbna
PO Box 6282
Sioux Falls SD 57117-6282

Sherwin Williams
11840 N 28th Dr Ste 101
Phoenix AZ 85029-3348

Southwestern Bell Telephone Company
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Strawn Lumber & Equipment Rental LLC
315 N Main Street
New Strawn KS 66839-8933

Student Loan Corp
PO Box 30948
Salt Lake City UT 84130-0948

Sun Room Concepts Poly Fab Ind Inc
2450 YH Hanson Ave
Albert Lea MN  56007

Sutherlands Home Improvement
1700 Industrial Road
Emporia KS 66801-6224

The Osage Co Herald-Chronicle
PO Box 266
Osage City KS 66523-0266

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

```
Virgil Johnson                  Warren Befort                   Waters True Value
2052 Flint Hills Rd             1253 Native Rd SE               129 E 6th Street
Madison KS 66860-8529           Burlington KS 66839-9101        Junction City KS 66441-2937


William Dick                    Yellow Pages Inc.               Adam and Laney Powell
1701 Trowman Way                co Rauch-Milliken International Inc   Tom R. Barnes II
Emporia KS 66801-5637           PO Box 8390                     2887 SW Macvicar Ave
                                Metarie PA 70011-8390           Topeka, KS 66611-1782


Carla S Allen                   Christopher W. O'Brien          Leroy Denson
1459 County Road 210            Brown, Dengler & O'Brien, LLC   PO Box 252
Emporia, KS 66801-7957          1938 N. Woodlawn, Ste. 405      Olpe, KS 66865-0252
                                Wichita, KS 67208-1875


Lynda Denson                    Marlin W Allen
PO Box 252                      1459 County Road 210
Olpe, KS 66865-0252             Emporia, KS 66801-7957
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank of America                 Cap One                         Internal Revenue Service
PO Box 982235                   PO Box 85520                    Stop 5333 WIC
El Paso TX  79998               Richmond VA  23285              271 W 3rd St N Ste 3000
                                                                Wichita KS  67202-1274


OReilly Auto Parts              US Bank NA ND
PO Box 9464                     4325 17th Ave S
Springfield MO  65801-9464      Fargo ND  58125
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ocwen Loan Servicing, LLC    (d)KansasLand Bank              (d)Kansasland Bank
                                702 Main                        702 Main
                                P.O. Box 374                    PO Box 374
                                Americus, KS 66835-0374         Americus KS 66835-0374


(d)Fred Richardson              End of Label Matrix
223 Dorset Drive                Mailable recipients    100
Emporia, KS 66801-3507          Bypassed recipients      4
                                Total                  104
```